## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

MacNeil IP LLC

                       Plaintiff,

v.                                            Case No.: 1:15−cv−07400

                                                     Honorable Matthew F. Kennelly

Corrugated Concepts LLC, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 3, 2016:

      MINUTE entry before the Honorable Matthew F. Kennelly: Rule 16(b) status hearing held on 3/3/2016 with attorneys for both sides. The parties have reached a settlement, subject to completing documentation. Status hearing is continued to 3/24/2016 at 9:00 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.